AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 04/22/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

402 E. State Street
Room 4000
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W _____ Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W _____ Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 26-29, 2012 | Miami, FL | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | October 4-7, 2012 | Santa Monica, CA | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Dukes County Bank Account | | None | J | T | | | | | |
| 3. Glenmede Tax-Exempt Fund | | None | J | T | | | | | |
| 4. Exelon Corporation | A | Dividend | J | T | | | | | |
| 5. Intel Corp | A | Dividend | | | Sold | 6/14/12 | J | A | |
| 6. Intel Corp | | None | J | T | Buy | 11/26/12 | J | | |
| 7. Schlumberger Ltd | A | Dividend | | | Sold | 06/20/12 | J | A | |
| 8. Walgreen Co | A | Dividend | | | Sold | 04/20/12 | J | A | |
| 9. HJ Heinz Co | A | Dividend | J | T | | | | | |
| 10. Freeport McMoran Copper Gold Inc. | A | Dividend | J | T | Buy | 5/14/12 | J | | |
| 11. Coach Inc. | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 12. TRUST #1 -- U/W     Art. Fifth | C | Dividend | O | T | | | | | |
| 13. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 14. -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 15. -- Fidelity Advisor New Insights Fund | | | | | Sold (part) | 04/16/12 | J | A | |
| 16. -- Fidelity Real Estate Investment Fund | | | | | | | | | |
| 17. -- Fidelity Blue Chip Growth Fund | | | | | Sold (part) | 09/17/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Fidelity NJ Municipal Income Fund | | | | | Sold (part) | 06/19/12 | J | A | |
| 19. -- Fidelity NJ Municipal Income | | | | | Sold (part) | 09/17/12 | J | A | |
| 20. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Buy (add'l) | 01/31/12 | J | | |
| 21. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Sold (part) | 04/16/12 | J | A | |
| 22. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Sold (part) | 09/17/12 | J | A | |
| 23. -- Cambriar Opportunity Investor Fund | | | | | Sold | 09/17/12 | J | C | |
| 24. -- AllianceBern Muni Inc Fund II NJ | | | | | | | | | |
| 25. -- Baron Growth Fund | | | | | | | | | |
| 26. -- Columbia Marisco Focused Eq. CL A | | | | | Sold | 09/17/12 | J | B | |
| 27. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 28. -- Davis NY Venture CL A | | | | | Sold | 02/11/12 | J | C | |
| 29. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 30. -- Franklin NJ Tax Free Income Fund A | | | | | Sold (part) | 06/19/12 | J | A | |
| 31. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 32. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 33. -- Hotchkins & Wiley Mid Cap Value Fund CL A | | | | | Sold (part) | 09/17/12 | J | A | |
| 34. -- Morgan Stanley Mid Cap Growth Port CL P | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 36. -- Nuveen NJ Muni Bond Fund CL A | | | | | | | | | |
| 37. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 38. -- T Rowe Price Value Fund Adv Class | | | | | Sold (part) | 09/17/12 | J | D | |
| 39. -- Royce PA Mutual Fund | | | | | | | | | |
| 40. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 09/19/12 | J | | |
| 41. -- S&P 500 Depository Receipt | | | | | Sold (part) | 12/05/12 | J | B | |
| 42. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |
| 43. -- Pimco Real Estate Admin Class Fund | | | | | Sold (part) | 01/31/12 | J | A | |
| 44. -- Pimco Commodity Real Ret Strat Admin | | | | | Buy (add'l) | 04/16/12 | J | | |
| 45. -- Pimco Commodity Real Ret Strat Admin | | | | | Sold (part) | 06/19/12 | J | A | |
| 46. -- Fidelity Emerging Markets Fund | | | | | Sold (part) | 04/16/12 | J | A | |
| 47. -- Fidelity Emerging Markets Fund | | | | | Sold (part) | 09/17/12 | J | A | |
| 48. -- Fidelity Emerging Markets Fund | | | | | Sold | 12/03/12 | J | A | |
| 49. -- Invesco Int'l Growth Fund | | | | | | | | | |
| 50. -- Thornburg Int'l Value Fund | | | | | Sold (part) | 12/03/12 | J | A | |
| 51. -- Vitrus Foreign Opportunities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- T Rowe Price High Yield Fund | | | | | Sold (part) | 12/03/12 | J | A | |
| 53.  -- T Rowe Price High Yield Fund | | | | | Sold | 12/20/12 | J | A | |
| 54.  -- Templeton Global Bond Fund | | | | | Buy (add'l) | 12/03/12 | J | | |
| 55.  -- MFS International Diversification Fund | | | | | | | | | |
| 56.  -- Eaton Vance Tax Managed Value | | | | | Sold | 04/16/12 | J | A | |
| 57.  -- T Rowe Tax Free Inc Fund | | | | | | | | | |
| 58.  -- EV Parametric Structured Emerging Markets | | | | | Buy (add'l) | 06/19/12 | J | | |
| 59.  -- EV Parametric Structured Emerging | | | | | Buy (add'l) | 12/03/12 | J | | |
| 60.  -- Aston/River Road Dividend All Cap | | | | | | | | | |
| 61.  -- Causeway International Value | | | | | Buy (add'l) | 06/18/12 | J | | |
| 62.  -- FMI Large Cap Fund | | | | | | | | | |
| 63.  -- Lazard Emerging Markets | | | | | | | | | |
| 64.  -- MFS Research Int'l | | | | | | | | | |
| 65.  -- Primecap Odyssey Growth Fund | | | | | | | | | |
| 66.  -- IShares TR Russell 1000 Value Index | | | | | Buy (add'l) | 09/19/12 | K | | |
| 67.  -- IShares TR Russell 1000 Value Index | | | | | Sold (part) | 12/05/12 | K | A | |
| 68.  -- IShares TR Russell 100 Growth Index | | | | | Buy (add'l) | 09/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- IShares TR Russell 100 Growth Index | | | | | Sold (part) | 12/05/12 | K | A | |
| 70. -- Fidelity Municipal Income | | | | | Buy (add'l) | 01/31/12 | J | | |
| 71. -- Fidelity Municipal Income | | | | | Buy (add'l) | 09/17/12 | J | | |
| 72. -- Credit Suisse Command Return Strat | | | | | Buy | 01/31/12 | J | | |
| 73. -- Credit Suisse Command Return Strat | | | | | Sold | 06/19/12 | J | A | |
| 74. -- Goldman Sachs Commodity Strat | | | | | Buy | 06/19/12 | J | | |
| 75. -- Goldman Sachs Commodity Strat | | | | | Buy (add'l) | 12/03/12 | J | | |
| 76. -- Artisan Small Cap Fund | | | | | Buy | 12/03/12 | J | | |
| 77. -- Wells Fargo Short-Term Muni Inc | | | | | Buy | 12/03/12 | J | | |
| 78. -- IShares TR Russell 1000 Index Fund | | | | | Buy | 12/05/12 | J | | |
| 79. -- Vanguard Growth Vipers | | | | | Buy | 12/05/12 | J | | |
| 80. -- Vanguard Value Vipers | | | | | Buy | 12/05/12 | K | | |
| 81. TRUST #2 -- U/W ▓▓▓▓ Art. Sixth | D | Dividend | O | T | | | | | |
| 82. -- Burlington County NJ Bond | | | | | Sold | 08/15/12 | K | A | |
| 83. -- Ocean City NJ Bond | | | | | Sold | 08/01/12 | K | A | |
| 84. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 85. -- Fidelity Money Market Cash Reserves | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Fidelity Advisor Mid Cap Fund II CL I | | | | | Sold (part) | 05/14/12 | J | B | |
| 87. -- Fidelity Advisor Int'l Discovery Fund CL I | | | | | | | | | |
| 88. -- Fidelity Real Estate Investment Fund | | | | | Sold (part) | 05/14/12 | J | B | |
| 89. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 90. -- Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 05/14/12 | J | A | |
| 91. -- Baron Growth Fund | | | | | | | | | |
| 92. -- Columbia Marisco Focused Eq. CL A | | | | | Sold | 08/08/12 | J | C | |
| 93. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 94. -- Davis NY Venture CL A | | | | | Sold | 11/30/12 | K | D | |
| 95. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 96. -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 05/11/12 | J | | |
| 97. -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 08/07/12 | K | | |
| 98. -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 09/10/12 | J | | |
| 99. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 100. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 101. -- IShares TR Russell 100 Growth Index Fund | | | | | Buy (add'l) | 11/29/12 | J | | |
| 102. -- Artio Int'l Equity Fund II CL A | | | | | Sold | 02/14/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 104. -- Nuveen NJ Muni Bond Fund CL A | | | | | | | | | |
| 105. -- RS Value Fund | | | | | | | | | |
| 106. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 107. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 108. -- Royce PA Mutual Fund | | | | | | | | | |
| 109. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 11/29/12 | J | | |
| 110. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |
| 111. -- Invesco Int'l Growth Fund | | | | | | | | | |
| 112. -- Artisan Int'l Value Fund | | | | | | | | | |
| 113. -- American EuroPacific Growth Fund | | | | | | | | | |
| 114. -- SSGA Emerging Markets | | | | | | | | | |
| 115. -- Thornburg Int'l Value Fund | | | | | | | | | |
| 116. -- AllianceBern Muni Inc II NJ Fund | | | | | | | | | |
| 117. -- Fidelity NJ Muni Income | | | | | Buy (add'l) | 02/03/12 | J | | |
| 118. -- MFS International Diversification Fund | | | | | | | | | |
| 119. -- Pimco Commodity Real Return Strat Admin | | | | | Sold | 02/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Pimco Commodity Real Return Strat | | | | | Buy (add'l) | 05/14/12 | J | | |
| 121. -- Pimco Commodity Real Return Strat | | | | | Buy (add'l) | 08/08/12 | J | | |
| 122. -- Pimco Commodity Real Return Strat | | | | | Buy (add'l) | 09/11/12 | J | | |
| 123. -- Pimco Commodity Real Return Strat | | | | | Sold (part) | 11/30/12 | J | A | |
| 124. -- Fidelity Advisor New Insights | | | | | Sold (part) | 05/14/12 | J | A | |
| 125. -- EV Parametric Structure Emerging Markets | | | | | | | | | |
| 126. -- T Rowe Price Tax Free Income | | | | | | | | | |
| 127. -- Dodge & Cox Stock Fund | | | | | | | | | |
| 128. -- IShares TR 1000 Index | | | | | | | | | |
| 129. -- IShares TR 1000 Value Index | | | | | Buy (add'l) | 11/29/12 | J | | |
| 130. -- Fidelity Municipal Income | | | | | Buy (add'l) | 08/07/12 | K | | |
| 131. -- Goldman Sachs Commodity Strat | | | | | Sold | 05/14/12 | J | A | |
| 132. -- Oakmark International | | | | | | | | | |
| 133. -- IShares Msci EAFE Index | | | | | | | | | |
| 134. -- IShares TR Russell Midcap Value Index | | | | | | | | | |
| 135. -- Fidelity High Income | | | | | Buy | 02/13/12 | J | | |
| 136. -- Fidelity High Income | | | | | Buy (add'l) | 03/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Fidelity High Income | | | | | Buy (add'l) | 09/11/12 | J | | |
| 138. -- Fidelity High Income | | | | | Sold (part) | 11/30/12 | J | A | |
| 139. -- Blackrock High Yield Bond | | | | | Buy | 02/14/12 | J | | |
| 140. -- Blackrock High Yield Bond | | | | | Sold (part) | 05/14/12 | J | A | |
| 141. -- Blackrock High Yield Bond | | | | | Sold | 08/08/12 | J | A | |
| 142. -- MFS Research Int'l | | | | | Buy | 02/14/12 | J | | |
| 143. -- MFS Research Int'l | | | | | Sold | 05/14/12 | J | A | |
| 144. -- Templeton Global Bond | | | | | Buy | 08/08/12 | J | | |
| 145. -- Templeton Global Bond | | | | | Buy (add'l) | 09/11/12 | J | | |
| 146. -- Fidelity-Short-Inter Muni | | | | | Buy | 09/11/12 | K | | |
| 147. -- T Rowe Price International Stock | | | | | Buy | 09/11/12 | J | | |
| 148. -- Wells Fargo Short-Term Muni Inc | | | | | Buy | 11/30/12 | J | | |
| 149. GLENMEDE IRA | E | Distribution | O | T | | | | | |
| 150. -- Glenmede Core Fixed Income Port | | | | | | | | | |
| 151. -- Bank of America Bond | | | | | Sold | 07/16/12 | K | A | |
| 152. -- Exxon Mobil Corp | | | | | | | | | |
| 153. -- Johnson & Johnson | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 155. -- Devon Energy | | | | | | | | | |
| 156. -- Qualcomm Corp | | | | | | | | | |
| 157. -- NII Holdings Inc - CL B | | | | | Buy (add'l) | 03/07/12 | J | | |
| 158. -- NII Holdings Inc - CL B | | | | | Sold (part) | 05/22/12 | J | A | |
| 159. -- NII Holdings Inc - CL B | | | | | Sold (part) | 05/29/12 | J | A | |
| 160. -- NII Holdings Inc - CL B | | | | | Sold | 07/10/12 | J | A | |
| 161. -- McDermott International Inc | | | | | Sold | 09/13/12 | J | A | |
| 162. -- AT&T Inc | | | | | | | | | |
| 163. -- Google Inc | | | | | Sold | 10/05/12 | K | D | |
| 164. -- Google Inc | | | | | Buy | 11/05/12 | J | | |
| 165. -- Honeywell International Inc | | | | | Sold | 10/19/12 | J | B | |
| 166. -- Nucor Corp | | | | | Sold | 03/26/12 | J | A | |
| 167. -- Astrazeneca PLC Bond | | | | | Sold | 09/17/12 | K | A | |
| 168. -- Exelon Corp | | | | | | | | | |
| 169. -- Paychex Inc | | | | | | | | | |
| 170. -- Abbott Laboratories | | | | | Sold | 04/12/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Intel Corp | | | | | Sold | 06/14/12 | K | C | |
| 172. -- Intel Corp | | | | | Buy | 11/26/12 | J | | |
| 173. -- Templeton Global Bond Fund | | | | | | | | | |
| 174. -- Legg Mason Brandywine Global Fund | | | | | Buy (add'l) | 09/28/12 | K | | |
| 175. -- National Oilwell Varco Inc | | | | | Sold | 01/27/12 | J | D | |
| 176. -- Schlumberger Ltd | | | | | | | | | |
| 177. -- Matthews Asian & Growth Income Fund | | | | | | | | | |
| 178. -- HJ Heinz Co | | | | | | | | | |
| 179. -- Kellogg Co | | | | | | | | | |
| 180. -- Glenmede Fund Inc Secured Options | | | | | Sold | 04/10/12 | J | A | |
| 181. -- Target Corp | | | | | Sold | 06/07/12 | J | B | |
| 182. -- Landstar Systems Inc | | | | | Sold | 03/27/12 | J | C | |
| 183. -- Hess Corp | | | | | Sold | 09/06/12 | J | A | |
| 184. -- E I DuPont de Nemours & Co | | | | | | | | | |
| 185. -- PNC Financial Services Group | | | | | | | | | |
| 186. -- Conocophillips | | | | | | | | | |
| 187. -- Mosaic Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Microchip Technology Inc | | | | | | | | | |
| 189. -- Express Scripts | | | | | Sold | 02/09/12 | K | A | |
| 190. -- Glenmede Fund Inc Advisor Small Cap | | | | | Buy (add'l) | 07/06/12 | J | | |
| 191. -- Dupont Capital Emerging Markets | | | | | Buy (add'l) | 01/19/12 | J | | |
| 192. -- Dupont Capital Emerging Markets | | | | | Buy (add'l) | 04/11/12 | J | | |
| 193. -- Walgreen Co | | | | | Sold | 04/17/12 | J | A | |
| 194. -- Cooper Industries | | | | | Sold | 05/21/12 | K | C | |
| 195. -- Waters Corp | | | | | Sold | 06/07/12 | K | A | |
| 196. -- Varian Medical Systems Inc | | | | | Sold | 10/31/12 | J | B | |
| 197. -- 3M Co | | | | | | | | | |
| 198. -- Walt Disney Co | | | | | Sold | 05/23/12 | J | C | |
| 199. -- Goldman Sachs Group Inc | | | | | Sold | 01/06/12 | J | A | |
| 200. -- JP Morgan Chase & Co | | | | | Sold | 06/15/12 | J | A | |
| 201. -- Cognizant Tech Solutions | | | | | Buy (add'l) | 05/10/12 | J | | |
| 202. -- Avago Technologies Ltd | | | | | | | | | |
| 203. -- Darden Restaurants Inc | | | | | Sold | 09/14/12 | J | C | |
| 204. -- Emerson Electric Co | | | | | Buy | 01/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- Baker Hughes Inc | | | | | Buy | 01/27/12 | J | | |
| 206. -- Baker Hughes Inc | | | | | Buy (add'l) | 03/26/12 | J | | |
| 207. -- Baker Hughes Inc | | | | | Sold (part) | 10/25/12 | J | A | |
| 208. -- American Express Co. | | | | | Buy | 02/10/12 | J | | |
| 209. -- Matthews Pacific Tiger Fund | | | | | Buy | 04/11/12 | J | | |
| 210. -- Van Eck Global Hard Assets | | | | | Buy | 04/11/12 | K | | |
| 211. -- Phillips 66 | | | | | Spinoff (from line 186) | 05/09/12 | J | | |
| 212. -- Phillips 66 | | | | | Sold | 06/19/12 | J | A | |
| 213. -- Freeport McMoran Copper Gold Inc | | | | | Buy | 05/14/12 | J | | |
| 214. -- Tupperware Corp | | | | | Buy | 06/04/12 | J | | |
| 215. -- Novartis AG ADR | | | | | Buy | 06/07/12 | J | | |
| 216. -- Coach Inc | | | | | Buy | 06/12/12 | J | | |
| 217. -- Advance Auto Parts | | | | | Buy | 06/22/12 | J | | |
| 218. -- Advance Auto Parts | | | | | Sold | 10/23/12 | J | A | |
| 219. -- Bed Bath & Beyond Co | | | | | Buy | 06/26/12 | J | | |
| 220. -- Bed Bath & Beyond Co | | | | | Sold | 12/28/12 | J | A | |
| 221. -- Graco Inc | | | | | Buy | 06/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Nike Inc | | | | | Buy | 07/05/12 | J | | |
| 223. -- Nike Inc | | | | | Buy (add'l) | 07/23/12 | J | | |
| 224. -- Apple Inc | | | | | Buy | 11/21/12 | J | | |
| 225. -- Apache Corp | | | | | Buy | 12/05/12 | J | | |
| 226. -- Coca Cola Co | | | | | Buy | 12/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 04/22/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544